

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00725-CV

Maria Cipriana **GALINDO** and Carolina Galindo,
Appellants

v.

**BORDER FEDERAL CREDIT UNION**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 27182
Honorable Carl Pendergrass, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Border Federal Credit Union, recover its costs of this appeal from appellants, Maria Cipriana Galindo and Carolina Galindo.

SIGNED May 15, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice